427 A.2d 1205

Ferrell et al., Appellants, v. Gill et al.

Argued September 10, 1979. Allen L. Feingold, for appellants; Phillip B. Silverman, submitted a brief on behalf of appellees.

* Judge Donald E. Wieand is sitting by special designation.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

PRICE, J., filed a memorandum concurring statement.